*Michael A. Georgetti,* in opposition.

Decided October 22, 1997

## JAMES DAY *v.* CITY OF MIDDLETOWN ET AL.

The petition by the defendant Furniss & Quinn, P.C., for certification for appeal from the Appellate Court (AC 17283) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the petitioner's appeal from the ruling of the compensation review board regarding the petitioner's legal fee?"

PALMER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15800.

*James F. Aspell*, in support of the petition.

Decided October 22, 1997